In the Matter of the Judicial Settlement of the Account of Proceedings of MABELL GREEN and Others, as Executors, etc., of HENRY GREEN, Deceased, Respondents. In re Claim of JOSEPH I. GREEN, Appellant.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell and O'Malley, JJ., dissent and vote to reverse and allow the claim, on the ground that the same was established by the evidence.

In the Matter of the Application of ANNA GRAF for Payment of Her Mortgage from the Payment of Award Made for Damage Parcel No. 120 on the Damage Map and in the Final Decree of the Supreme Court, etc.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

IDA A. JONSON, Suing upon Her Own Behalf as Stockholder, etc., v. FRED F. FRENCH MANAGEMENT Co., INC., and Others, Impleaded with MARTIN L. SEMMEL and W. L. THOMAS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MORRIS FRIEDMAN against JAMES E. FINEGAN and Others. MARTIN F. HENEGHAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JEROME ROSENBERG for an Order Directing the GUARANTY TRUST COMPANY OF NEW YORK and GEORGE J. BAUMAN, as Trustees, etc., of HENRY ROSENBERG, Deceased, to Pay the Said JEROME ROSENBERG Certain Trust Funds and Adjudicate His Rights in Trust Fund. UNITED STATES OF AMERICA. JEROME ROSENBERG and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

FLORENCE R. SANDERS v. WILLIAM D. DOUERR, as Administrator, etc., of NANCY R. DOUERR, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

EDWARD BLOCK v. HULDA SCHORR.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

WILLIAM E. ROZETT v. GEORGE COHEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of FRED H. ALBEE against THE NEW YORK ACADEMY OF MEDICINE and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Doing Business as BANK OF MANHATTAN COMPANY, v. MORRIS COHEN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

IRVING STERNLIEB v. NORMANDIE NATIONAL SECURITIES CORPORATION.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.